

FILED
CLERK, U.S. DISTRICT COURT

07/09/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_AP\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 5:25-mj-00473 |
| v. | |
| MAJEAU, JIMMY ABRAHAM | DECLARATION RE OUT-OF-DISTRICT WARRANT |
| DEFENDANT(S). | |

The above-named defendant was charged by: Indictment
in the eatern District of Missouri on 07/09/2025
at 8:00 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about 01/01/2020
in violation of Title 21 U.S.C., Section(s) 21 usc 841
to wit: dangerous

A warrant for defendant's arrest was issued by: Nathan M. Graves Clerk

Bond of $ no was ☐ set / ☒ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    7/9/25
                 Date

*Cesar Perez*
Signature of Agent

Cesar Perez
Print Name of Agent

USMS
Agency

DEO
Title